IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 2:25-cr-698 |
|---|---|
| vs. | |
| **JOSE RIVELINO SERAFIM DA SILVA** | **ORDER FOR BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **JOSE RIVELINO SERAFIM DA SILVA**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

May 14, 2025
Charleston, South Carolina

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/ Amy Bower
_____
Amy F. Bower (#11784)
John W. Sowards (#11844)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Telephone: (843) 727-4381
Email: Amy.Bower@usdoj.gov
         John.Sowards@usdoj.gov