UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:   2:25-cr-00698-CRI |
| | ) | |
| vs. | ) | MOTION TO FILE ADDITIONAL |
| | ) | MOTIONS |
| JOSE RIVELINO SERAFIM DA SILVA | ) | |

Comes now the Defendant by and through his undersigned attorney and asks this Court for an Order which allows the attorney to file additional motions beyond the date set for filing of all motions. The basis for this motion is that the attorney for the Defendant may find reasons for filing additional motions after the date for filing has passed, because of further investigation or because of supplemental discovery provided by the United States Attorney.

Respectfully submitted,

*/s/ Brendan M. Daniels*
Brendan M. Daniels
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
Attorney ID# 14286

May 27, 2025